**McGuireWoods LLP**
Sumithra Rao (SBN 256078)
Email: srao@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendants
DOLGEN CALIFORNIA, LLC

Larry W. Lee (SBN 228175)
Kym Kanenaka (SBN 350890)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Telephone: (213) 488-6555
Facsimile: (213) 488-6554
lwlee@diversitylaw.com
kym@diversitylaw.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE ESTRADA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOLGEN CALIFORNIA, LLC, a Tennessee limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:26-CV-01983-WBS-CKD<br><br>[Removed from San Joaquin County Superior Court, Case No. STK-CV-UWT-2026-0002945]<br><br>**JOINT STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO PRIVATE ARBITRATION AND TO STAY PROCEEDINGS PENDING COMPLETION OF COURT-ORDERED PRIVATE ARBITRATION**<br><br>**[Filed concurrently with Order]** |

Plaintiff Stephanie Estrada ("Plaintiff") and Defendant Dolgen California, LLC ("Defendant"), (Plaintiff and Defendants collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, on December 3, 2025, Plaintiff executed a valid and enforceable Dollar General Arbitration Agreement (attached hereto as **Exhibit A**, "Arbitration Agreement"), whereby she agreed to submit all claims arising out of her employment with Defendant to private, binding arbitration with AAA;

WHEREAS, on April 20, 2026, Plaintiff filed her Complaint in San Joaquin County Superior Court against Defendant alleging five (5) causes of action arising out of her employment with Dolgen California, LLC, and Defendant removed Plaintiff's Complaint to the above-referenced Court on May 29, 2026 (the "Complaint");

WHEREAS, on September 4, 2026, Defendant filed its Motion for Order Compelling Plaintiff's Claims to Private Binding Arbitration and for a Stay of Proceedings;

WHEREAS, on September 15, 2026, Plaintiff's counsel notified defense counsel that Plaintiff would agree to privately arbitrate all claims against Defendant asserted in the Complaint with AAA pursuant to the Arbitration Agreement;

WHEREAS, after continued meet and confer efforts, the Parties agree to submit Plaintiff's claims against Defendants in the Complaint to final and binding arbitration based on the terms of the Arbitration Agreement and the conditions otherwise outlined in this Stipulation.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, on the one hand, and Defendant, on the other hand, by and through their respective undersigned counsel, subject to Court approval, that:

1. All of Plaintiff's claims alleged against Defendant in the Complaint arise out of Plaintiff's employment with Defendant and are, therefore, covered claims pursuant to the Arbitration Agreement;
2. The Parties' arbitration will proceed pursuant to and in accordance with applicable

law, the terms of the Arbitration Agreement before AAA, and the current AAA Employment/Workplace Arbitration Rules, and the Parties shall utilize AAA's strike list procedure to select an arbitrator;

3. All further proceedings in this action shall be stayed pending completion of arbitration; and

4. By entering into this Stipulation, and except as otherwise set forth herein, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action and with respect to the allegations in the Complaint and with respect to any arbitral proceedings thereon.

DATED: September 18, 2026

**DIVERSITY LAW GROUP, P.C.**

By: /s/ Kym Kanenaka
Larry W. Lee
Kym Kanenaka
Attorneys for Plaintiff
STEPHANIE ESTRADA

DATED: September 18, 2026

**MCGUIREWOODS LLP**

By: /s/ Sumithra Rao
Sumithra Rao
Attorneys for Defendant
DOLGEN CALIFORNIA, LLC

**ORDER**

The Court has considered the Joint Stipulation to Submit Plaintiff's Claims to Private Arbitration and to Stay Proceedings Pending Completion of Court-Ordered Private Arbitration filed by Plaintiff Stephanie Estrada and Defendant Dolgen California, LLC, on September 17, 2026, and hereby GRANTS the Joint Stipulation as follows:

1. Plaintiff Stephanie Estrada shall be and hereby is ORDERED to submit all claims in the Complaint and arising out of her employment with Defendant to private binding arbitration pursuant to the express terms of the Dollar General Arbitration Agreement attached as Exhibit A to the parties' September 17, 2026, Joint Stipulation.
2. This civil action shall be and hereby is stayed in its entirety until private binding arbitration is completed in accordance with this Court's order to arbitrate and the Dollar General Arbitration Agreement. (*See* Ex. A, September 17, 2026, Joint Stipulation.)

**IT IS SO ORDERED.**

Dated: September 18, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE